UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CARLOS A. BASTOS, Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil No. 21-10452-LTS |
| CAROL A MICI, et al., Defendants. | ) ) ) ) | |

ORDER
June 28, 2021

SOROKIN, J.

On March 15, 2021, Carlos A. Bastos commenced this action by filing a pro se complaint accompanied by motions to appoint counsel and for leave to proceed *in forma pauperis*. On April 13, 2021, the Court denied the motion for counsel, allowed the motion for leave to proceed *in forma pauperis*; assessed an initial, partial filing fee; and dismissed the claims without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A(b)(1). The Order granted Bastos additional time to file an amended complaint curing the pleading deficiencies of the original complaint and setting forth a plausible claim upon which relief may be granted. The Order stated that failure of Bastos to timely comply will result in the dismissal of this action.

To date, Bastos has not responded to the Court's Order and the time to do so has expired. It is a long-established principle that this Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and his failure to follow the Court's orders. Fed. R. Civ. P. 41(b). Here, Bastos has not filed an amended complaint and dismissal is appropriate.

Accordingly, for the reasons stated in the April 13, 2021 Memorandum and Order, and for failure to respond to the Court's Order, this action is hereby dismissed.

SO ORDERED.

/s. Leo T. Sorokin
Leo T. Sorokin
United States District Judge